B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Rhode Island

In re  Edward Quattrini aka Edward J Quattrini  ,     Case No.  13-12653
       Krista Quattrini

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605

Court Claim # (if known):  1-1
Amount of Claim:  $321,227.83
Date Claim Filed:  10/29/2013

Phone:  1-855-689-7367
Last Four Digits of Acct #:  1709

Phone:  N\A
Last Four Digits of Acct. #:  1709

Name and Address where transferee payments should be sent (if different from above):
Ocwen Loan Servicing, LLC
Attn: Cashiering Department
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Phone:  1-855-689-7367
Last Four Digits of Acct #:  1709

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 03/18/2014
Transferee/Transferee's Agent
Vanessa Lewis    Contract Manager

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.